AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Reggie Bryant

v.

James Lenti, Steven Hill

**JUDGMENT IN A CIVIL CASE**

Case Number: 11 C 1321

■  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that As to Plaintiff's §1983 False Arrest Claim - jury finds in favor of Plaintiff and against Defendants Hill and Lenti. As to Excessive Force Claim - jury finds in favor of Plaintiff and against Defendants Hill and Lenti. As to Plaintiff's Malicious Prosecution Claim - jury finds in favor of Plaintiff and against Defendants Hill and Lenti. As to Plaintiff's Intentional Infliction of Emotional Distress Claim - jury finds in favor of Plaintiff and against Defendants Hill and Lenti. The jury awards Plaintiff Compensatory Damages in the amount of $25,000. Plaintiff is awarded Punitive Damages in the amount of $30,000 as to Defendant Hill, and Plaintiff is awarded Punitive Damages in the amount of $15,000 as to Defendant Lenti.

Thomas G. Bruton, Clerk of Court

Date: 4/26/2012

_____

/s/ Ena T. Ventura, Deputy Clerk